Form ntcff (01/2006)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

Shawn Kellner and Susan Kellner

Case Number: 10–16183–KAO
Chapter: 7

Debtor(s).

## NOTICE OF FILING FEE INSTALLMENT PAYMENTS

TO: Debtor(s) and Debtor's Attorney

YOU ARE HEREBY NOTIFIED that the final installment payment on your filing fee is due by **September 27, 2010** OR THIS CASE WILL BE DISMISSED.

YOU WILL NOT receive any further notices from the office of the clerk on payment due.

- ☑ $299.00 Chapter 7 Filing Fee
- ☐ $239.00 Chapter 12 Filing Fee
- ☐ $1039.00 Chapter 11 Filing Fee

YOUR PAYMENTS should be mailed to the following address:

U.S. Bankruptcy Court
700 Stewart St, Room 6301
Seattle, WA 98101

Questions regarding your payments should be directed to the Finance Department at (206) 370–5221.

YOU ARE REQUIRED to inform the Court in writing of any change of address.

Dated: June 2, 2010

Mark L. Hatcher
Clerk of the Bankruptcy Court

By: Ethel Brown
Deputy Clerk

*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*